■ CLARENCE GUYER, JR., Appellant, v TOWN OF NEW HARTFORD et al., Respondents. FALANGE-NATALE, INC., Formerly Known as MIDSTATE EQUIPMENT COMPANY LIMITED et al., Third-Party Plaintiffs-Respondents, v EMPIRE RECYCLING CORP., Third-Party Defendant-Respondent.—Order unanimously affirmed without costs. Memorandum: It is a well-established general rule that one who hires an independent contractor to do work is not liable for the negligence of the contractor or of the contractor's employee *(see, McDonald v Shell Oil Co.,* 20 NY2d 160, 166; Restatement [Second] of Torts § 409; Prosser and Keeton, Torts § 71, at 509 [5th ed 1984]; 1 NY PJI2d 579). Although there are a number of exceptions to this general rule *(see, e.g., Schwartz v Merola Bros. Constr. Corp.,* 290 NY 145; *Wright v Tudor City Twelfth Unit,* 276 NY 303, 307; *Kojic v City of New York,* 76 AD2d 828, 830; 1 NY PJI2d 579), on this record, we conclude that plaintiff has failed to present proof sufficient to raise a triable issue of fact whether any such exception applies in this case. (Appeal from order of Supreme Court, Oneida County, Grow, J.—summary judgment.) Present—Callahan, J. P., Doerr, Denman, Pine and Davis, JJ.